UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CR-303-D

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MAYER OLEDA NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the Motion of the United States of America, it is hereby ORDERED that the United States of America be allowed to file a response out of time and is granted an extension of time until September ~~16~~ 19, 2025, in which to respond to Defendant's Motion for Compassionate Release [D.E. 63] and Motion for Sentence Reduction [D.E. 64].

This 17 day of September, 2025.

JAMES C. DEVER III
United States District Judge