IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-303-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAYER OLEDA NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 73], the court

DENIES defendant's pro se motion for reduction of sentence [D.E. 63, 64].

SO ORDERED. This ₁7 day of September, 2025.

JAMES C. DEVER III
United States District Judge